**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ECS OPCO 1, LLC d/b/a SPECTRUM VASCULAR,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM on behalf of UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,<br><br>Defendant. | Civil Action No. 7:23-cv-10437 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff ECS Opco 1, LLC d/b/a Spectrum Vascular hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant Board of Regents, the University of Texas System on behalf of University of Texas M.D. Anderson Cancer Center.

Dated: April 25, 2024

By: */s/ Michael A. Cabin*
Michael A. Cabin
DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, NY 10169-0079
212.404.8743
MACabin@duanemorris.com

*Attorneys for Plaintiff ECS Opco 1, LLC d/b/a Spectrum Vascular*

# CERTIFICATE OF SERVICE

I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the Southern District of New York and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

Date: April 25, 2024

*/s/ Michael A. Cabin*
Michael A. Cabin